B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Glade 121, LP, a Texas limited partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **20-3242217** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **4949 Harrison Avenue, Rockford, IL** ZIP Code **61108** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Glade 121, LP, a Texas limited partnership** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Glade 121, LP, a Texas limited partnership** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** _____ Signature of Debtor **X** _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. **X** _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |
| **Signature of Attorney*** **X** **/s/ Thomas E. Laughlin, Attorney at Law** Signature of Attorney for Debtor(s) **Thomas E. Laughlin, Attorney at Law** Printed Name of Attorney for Debtor(s) **Thomas E. Laughlin** Firm Name **6833 Stalter Drive - Suite 204** **Rockford, IL 61108** Address Email: tloff@aol.com **815-316-3038  Fax: 815-316-3039** Telephone Number **April 30, 2012** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address **X** _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** **/s/ Gerald Weber** Signature of Authorized Individual **Gerald Weber** Printed Name of Authorized Individual **as President of Rubloff Development Group, Inc., its Manager** Title of Authorized Individual **April 30, 2012** Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Glade 121, LP, a Texas limited partnership**  Case No.
Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Adkerson, Hauder & Bezney**<br>**2001 Bryan Street**<br>**Suite 1400**<br>**Dallas, TX 75201-3005** | **Adkerson, Hauder & Bezney**<br>**2001 Bryan Street**<br>**Suite 1400**<br>**Dallas, TX 75201-3005** | | | **1,477.00** |
| **CB Richard Ellis**<br>**2700 Post Oak Blvd**<br>**Suite 250**<br>**Houston, TX 77056** | **CB Richard Ellis**<br>**2700 Post Oak Blvd**<br>**Suite 250**<br>**Houston, TX 77056** | | | **11,500.00** |
| **David Howard**<br>**1445 Ross Avenue**<br>**Suite 5400**<br>**Dallas, TX 75202** | **David Howard**<br>**1445 Ross Avenue**<br>**Suite 5400**<br>**Dallas, TX 75202** | | | **57,192.00** |
| **DuCharme, McMillen & Assoc**<br>**6610 Mutual Drive**<br>**Fort Wayne, IN 46825** | **DuCharme, McMillen & Assoc**<br>**6610 Mutual Drive**<br>**Fort Wayne, IN 46825** | | | **5,310.00** |
| **Fargo Consultants, Inc.**<br>**2324 Fabens Road**<br>**Dallas, TX 75229** | **Fargo Consultants, Inc.**<br>**2324 Fabens Road**<br>**Dallas, TX 75229** | | | **3,473.00** |
| **Freeborn & Peters, LLP**<br>**311 South Wacker Drive**<br>**Suite 3000**<br>**Chicago, IL 60606-6677** | **Freeborn & Peters, LLP**<br>**311 South Wacker Drive**<br>**Suite 3000**<br>**Chicago, IL 60606-6677** | | | **7,148.00** |
| **Humphreys & Partners Architects, LP**<br>**5339 Alpha Road**<br>**Suite 300**<br>**Dallas, TX 75240** | **Humphreys & Partners Architects, LP**<br>**5339 Alpha Road**<br>**Suite 300**<br>**Dallas, TX 75240** | | | **5,680.00** |
| **Jacobs Engineering Group, Inc.**<br>**777 Main Street**<br>**Fort Worth, TX 76102** | **Jacobs Engineering Group, Inc.**<br>**777 Main Street**<br>**Fort Worth, TX 76102** | | | **3,502.00** |
| **Legal Elements of Dallas**<br>**600 N. Pearl Street,**<br>**Suite S-102**<br>**Dallas, TX 75201** | **Legal Elements of Dallas**<br>**600 N. Pearl Street,**<br>**Suite S-102**<br>**Dallas, TX 75201** | | | **5,311.00** |

B4 (Official Form 4) (12/07) - Cont.
In re  **Glade 121, LP, a Texas limited partnership**      Case No. _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Litigation Solution, Inc.**<br>**901 Main Street**<br>**Suite C-121**<br>**Dallas, TX 75202** | **Litigation Solution, Inc.**<br>**901 Main Street**<br>**Suite C-121**<br>**Dallas, TX 75202** | | | **4,327.00** |
| **McCoskie McInnis & Assoc**<br>**200 E Abram Street**<br>**Arlington, TX 76010** | **McCoskie McInnis & Assoc**<br>**200 E Abram Street**<br>**Arlington, TX 76010** | | | **26,670.00** |
| **O'Brien & Assoc, Inc.**<br>**5310 harvest Hill Road,**<br>**Suite 136 LB 161**<br>**Dallas, TX 75230** | **O'Brien & Assoc, Inc.**<br>**5310 harvest Hill Road,**<br>**Suite 136 LB 161**<br>**Dallas, TX 75230** | | | **9,988.00** |
| **Peloton Land Solutions, LLLP**<br>**5751 Kroger Drive**<br>**Suite 185**<br>**Keller, TX 76244** | **Peloton Land Solutions, LLLP**<br>**5751 Kroger Drive**<br>**Suite 185**<br>**Keller, TX 76244** | | | **35,603.00** |
| **Plante & Moran, PLLC**<br>**2155 Point Blvd**<br>**Suite 200**<br>**Elgin, IL 60123** | **Plante & Moran, PLLC**<br>**2155 Point Blvd**<br>**Suite 200**<br>**Elgin, IL 60123** | | | **2,000.00** |
| **Tarrant County-Tax Assessor-Collect**<br>**100 E. Weatherford**<br>**Fort Worth, TX 76196** | **Tarrant County-Tax Assessor-Collect**<br>**100 E. Weatherford**<br>**Fort Worth, TX 76196** | | | **445,281.00** |
| **TBG Partners**<br>**901 S MoPac Expressway**<br>**Bldg2 Suite 350**<br>**Austin, TX 78746** | **TBG Partners**<br>**901 S MoPac Expressway**<br>**Bldg2 Suite 350**<br>**Austin, TX 78746** | | | **3,204.00** |
| **Terracon, Inc.**<br>**PO Box 843358**<br>**Kansas City, MO 64184-3358** | **Terracon, Inc.**<br>**PO Box 843358**<br>**Kansas City, MO 64184-3358** | | | **1,808.00** |
| **The City of Euless**<br>**201 N. Ector Drive**<br>**Euless, TX 76039-3595** | **The City of Euless**<br>**201 N. Ector Drive**<br>**Euless, TX 76039-3595** | | | **41,830.00** |
| **United Commercial Realty**<br>**7001 Preston Road**<br>**Suite 222**<br>**Dallas, TX 75205** | **United Commercial Realty**<br>**7001 Preston Road**<br>**Suite 222**<br>**Dallas, TX 75205** | | | **62,638.00** |
| **Winstead PC**<br>**5400 Renaissance Tower**<br>**121 Elm Street**<br>**Dallas, TX 75270-2199** | **Winstead PC**<br>**5400 Renaissance Tower**<br>**121 Elm Street**<br>**Dallas, TX 75270-2199** | | | **1,613.00** |

**B4 (Official Form 4) (12/07) - Cont.**
In re  **Glade 121, LP, a Texas limited partnership**      Case No.
                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the as President of Rubloff Development Group, Inc., its Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 30, 2012**             Signature  **/s/ Gerald Weber**
                                                              **Gerald Weber**
                                                              **as President of Rubloff Development Group, Inc., its Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Glade 121, LP, a Texas limited partnership**  Case No.
Debtor(s)  Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **30**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April 30, 2012**  **/s/ Gerald Weber**
**Gerald Weber/as President of Rubloff Development Group, Inc., its Manager**
Signer/Title

```
Adkerson, Hauder & Bezney
2001 Bryan Street
Suite 1400
Dallas, TX 75201-3005


CB Richard Ellis
2700 Post Oak Blvd
Suite 250
Houston, TX 77056


David Howard
1445 Ross Avenue
Suite 5400
Dallas, TX 75202


DuCharme, McMillen & Assoc
6610 Mutual Drive
Fort Wayne, IN 46825


Fargo Consultants, Inc.
2324 Fabens Road
Dallas, TX 75229


Flatiron Capital
1700 Lincoln Street
12th Floor
Denver, CO 80203


Freeborn & Peters, LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6677


Grapevine-Colleyville ISD Tax Offic
3072 Mustang Drive
Grapevine, TX 76051


Halff Assoc
5339 Alpha Road
Suite 300
Dallas, TX 75240


Harrington I Parties
c/o Bryan W. Aldridge
One Shields Court
Trophy Club, TX 76262-6716
```

Harrington I Parties
c/o Trey H. Crawford
1445 Ross Avenue, Suite 2500
Dallas, TX 75202


Harrington II Parties
c/o Jeffrey R. Sandberg, JD
8350 N Central Expway, Suite 1111
Dallas, TX 75206


Hinshaw & Culbertson, LLP
8142 Solutions Center Drive
Chicago, IL 60677-8001


Humphreys & Partners Architects, LP
5339 Alpha Road
Suite 300
Dallas, TX 75240


Jacobs Engineering Group, Inc.
777 Main Street
Fort Worth, TX 76102


Legal Elements of Dallas
600 N. Pearl Street,
Suite S-102
Dallas, TX 75201


Litigation Solution, Inc.
901 Main Street
Suite C-121
Dallas, TX 75202


McCoskie McInnis & Assoc
200 E Abram Street
Arlington, TX 76010


Nastri Law Firm, PLLC
14860 Montfort Drive
Dallas, TX 75254


O'Brien & Assoc, Inc.
5310 harvest Hill Road,
Suite 136 LB 161
Dallas, TX 75230

Peloton Land Solutions, LLLP
5751 Kroger Drive
Suite 185
Keller, TX 76244


Plante & Moran, PLLC
2155 Point Blvd
Suite 200
Elgin, IL 60123


Tarrant County-Tax Assessor-Collect
100 E. Weatherford
Fort Worth, TX 76196


TBG Partners
901 S MoPac Expressway
Bldg2 Suite 350
Austin, TX 78746


TECS Electric, Ltd.
2225 W. Petersmith
Fort Worth, TX 76102


Terracon, Inc.
PO Box 843358
Kansas City, MO 64184-3358


The City of Euless
201 N. Ector Drive
Euless, TX 76039-3595


Turner & Allen, P.C.
PO Drawer 930
Graham, TX 76450


United Commercial Realty
7001 Preston Road
Suite 222
Dallas, TX 75205


Winstead PC
5400 Renaissance Tower
121 Elm Street
Dallas, TX 75270-2199

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Glade 121, LP, a Texas limited partnership**                              Case No.
                                         Debtor(s)                                  Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Glade 121, LP, a Texas limited partnership**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 30, 2012**                              **/s/ Thomas E. Laughlin, Attorney at Law**
Date                                            **Thomas E. Laughlin, Attorney at Law**
                                                Signature of Attorney or Litigant
                                                Counsel for   **Glade 121, LP, a Texas limited partnership**
                                                **Thomas E. Laughlin**
                                                **6833 Stalter Drive - Suite 204**
                                                **Rockford, IL 61108**
                                                **815-316-3038 Fax:815-316-3039**
                                                **tloff@aol.com**