UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                                           )   CHAPTER 11
                                                                 )
GLADE 121, LP, a Texas limited partnership,                      )   CASE NO. 12-81689
                                                                 )
                                    Debtor.                      )   Hon. Thomas Lynch

## NOTICE OF HEARING

TO:   See Attached List

**NOTICE IS HEREBY GIVEN** that on Wednesday, June 26, 2013 at 10:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Thomas Lynch in the Courtroom usually occupied by him, or any other Judge presiding in his place, in the U.S. Courthouse, 327 S. Church Street, Rockford, Illinois 61101, to consider and act upon one or more of the following matters: **Final Application for Approval of Attorney's Fees and Costs**. The Application seeks the approval of $39,675.06, with credit given for all interim payments which have been received leaving a balance to be paid of $9,825.00 for attorney's fees and $15.00 for costs. The Application with supporting documentation has been filed with the Clerk of the Bankruptcy Court and the same is available for viewing on line or a copy may be obtained from counsel for debtor or the U.S. Bankruptcy Court Clerk's Office. At which time and place you may appear, if you so desire.

Dated: June 5, 2013

                                                    /s/ Thomas E. Laughlin
                                                    THOMAS E. LAUGHLIN, Attorney for
                                                    Debtor in Possession,
                                                    GLADE 121, a Texas limited partnership

THOMAS E. LAUGHLIN #1588974
Attorney at Law
6833 Stalter Drive, Suite 204
Rockford, IL 61108
Phone: (815) 316-3038  Fax: (815) 316-3039
tloff@aol.com

## PROOF OF SERVICE

STATE OF ILLINOIS )
) SS.
WINNEBAGO COUNTY )

The undersigned, being first duly sworn on oath, deposes and states that I served the within **Notice of Hearing** and the **Final Application for Approval of Attorney's Fees and Costs** upon:

Attorney Patrick S. Layng
Office of the U.S. Trustee, Region 11
780 Regent Street
Suite 304
Madison, WI 53715

Glade 121, LP
4949 Harrison Avenue
Rockford, IL 61108

All Electronic Filers & Attached List

__XX__  by filing electronically on the 5th day of June, 2013.

_____  by faxing a true and correct copy of said notice at or about the hour of _____ o'clock ____.M. on the _____ day of _____, 2013.

__XX__  by placing a true and correct copy of said notice in an envelope, each addressed as shown; that I sealed said envelope and placed sufficient U.S. postage on each; and that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 12:00 P.M. on the 5th day of June, 2013.

_____  by hand delivering a true and correct copy of said notice on the _____ day of _____, 2013, to _____.

Subscribed and sworn to before me
this 5th day of June, 2013.

_____
Notary Public

OFFICIAL SEAL
CAMMY F CUSHMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/30/16

| | | |
|---|---|---|
| Adkerson, Hauder & Bezney<br>2001 Bryan Street<br>Suite 1400<br>Dallas, TX 75201-3005 | CB Richard Ellis<br>2700 Post Oak Blvd<br>Suite 250<br>Houston, TX 77056 | David Howard<br>1445 Ross Avenue<br>Suite 5400<br>Dallas, TX 75201-2751 |
| DuCharme, McMillen & Assoc<br>6610 Mutual Drive<br>Fort Wayne, IN 46825 | Fargo Consultants, Inc.<br>2324 Fabens Road<br>Dallas, TX 75229 | Flatiron Capital<br>1700 Lincoln Street<br>12th Floor<br>Denver, CO 80203 |
| Freeborn & Peters, LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6677 | Grapevine-Colleyville ISD Tax Offic<br>3072 Mustang Drive<br>Grapevine, TX 76051 | Halff Assoc<br>5339 Alpha Road<br>Suite 300<br>Dallas, TX 75240 |
| Harrington I Parties<br>c/o Bryan W. Aldridge<br>One Shields Court<br>Trophy Club, TX 76262-6716 | Harrington I Parties<br>c/o Trey H. Crawford<br>1445 Ross Avenue, Suite 2500<br>Dallas, TX 75202 | Harrington II Parties<br>c/o Jeffrey R. Sandberg, JD<br>8350 N Central Expwy, Suite 1111<br>Dallas, TX 75206 |
| Hinshaw & Culbertson, LLP<br>8142 Solutions Center Drive<br>Chicago, IL 60677-8001 | Humphreys & Partners Architects, LP<br>5339 Alpha Road<br>Suite 300<br>Dallas, TX 75240 | Jacobs Engineering Group, Inc.<br>777 Main Street<br>Fort Worth, TX 76102 |
| Legal Elements of Dallas<br>600 N. Pearl Street<br>Suite S-102<br>Richardson, TX 75081 | Litigation Solution, Inc.<br>901 Main Street<br>Suite C-121<br>Dallas, TX 75202-3755 | McCoskie McInnis & Assoc<br>200 E Abram Street<br>Arlington, TX 76010 |
| Nastri Law Firm, PLLC<br>14860 Montfort Drive<br>Dallas, TX 75254 | O'Brien & Assoc, Inc.<br>5310 harvest Hill Road,<br>Suite 136 LB 161<br>Dallas, TX 75230 | Peloton Land Solutions, LLLP<br>5751 Kroger Drive<br>Suite 185<br>Keller, TX 76244 |
| Plante & Moran, PLLC<br>2155 Point Blvd<br>Suite 200<br>Elgin, IL 60123 | Tarrant County-Tax Assessor-Collect<br>100 E. Weatherford<br>Fort Worth, TX 76196 | TBG Partners<br>901 S MoPac Expressway<br>Bldg2 Suite 350<br>Austin, TX 78746 |
| TECS Electric, Ltd.<br>1836 Barnett Drive<br>Weatherford, TX 76087-9440 | Terracon, Inc.<br>PO Box 843358<br>Kansas City, MO 64184-3358 | The City of Euless<br>201 N. Ector Drive<br>Euless, TX 76039-3595 |
| Turner & Allen, P.C.<br>PO Drawer 930<br>Graham, TX 76450 | United Commercial Realty<br>7001 Preston Road<br>Suite 222<br>Dallas, TX 75205 | Winstead PC<br>5400 Renaissance Tower<br>121 Elm Street<br>Dallas, TX 75270-2199 |

Attorney Steven B. Towbin
321 North Clark Street
Suite 800
Chicago, IL 60654

Jeffery R. Sandberg
8350 N Central Expressway
Suite 1111
Dallas, TX 75206

Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas, TX 75201

Jeffrey T. Wegner
The Omaha Building
1650 Farnham Street
Omaha, Nebraska 68102-2186

Joe T. Tolbert
777 Main Street
Suite 3600
Ft. Worth, TX 76102

Kathleen Wells
6000 Western Place, Suite 200
1-30 at Bryant Irvin Road
Ft. Worth, TX 76107

Chapman & Cutler LLP
Michael T. Benz
David T.B. Audley
111 W. Monroe Street
Chicago, IL 60603

Glade 121, LP
Attn: Zach Knutson
4949 Harrison Avenue
Rockford, IL 61108

Attorney Bradley T. Koch
800 N. Church Street
Rockford, IL 61105

Attorney Jocelyn L. Koch
800 N. Church Street
Rockford, IL 61105

BMO Harris Bank, N.A.
311 W. Monroe Street
Chicago, IL 60606-4684

Grapevine-Colleyville
c/o Elizabeth Banda Calvo
PO Box 13430
Arlington, TX 76094-0430

Plante & Moran, PLLC
Attn: Karen Allen
600 E. Front St., Suite 300
Traverse City, MI 49686-2892

Rubloff Development Group
4949 Harrison Avenue
Rockford, IL 61108-7987

Ryan International Airlines
c/o Bernard J. Natale
6833 Stalter Drive, Suite 201
Rockford, IL 61108

Asbury Dubuque, LLC
4949 Harrison Avenue
Suite 200
Rockford, IL 61108

BMO Harris Bank, N.A.
as Successor to Amcore
1 N. LaSalle St., Suite 850
Chicago, IL 60602-3942

BMO Harris Bank, N.A.
c/o Kurt M. Carlson
216 S. Jefferson St., Suite 504
Chicago, IL 60661-5698

Bank of America
1000 W. Temple Street
7th Floor
Los Angeles, CA 90012-1514

Georgianna Harrington Smith
c/o Georgianna Smith Brattain
10900 Vosikof Place
Anchorage, AK 99507-6461

First National Bank of Omaha
c/o Scott Damrow
1620 Dodge Street, Stop 1050
Omaha, NE 68197-0002

Harris Bank
c/o Bayview Loan Servicing
PO Box 3042
Milwaukee, WI 53201-3042

Munsch Hardt Kopf & Harr P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201-3302

Mvcoskie McInnis Assoc., Inc.
c/o Warren Norred
200 E. Abram, Suite 300
Arlington, TX 76010-1114

National Registered Agents Inc.
PO Box 927
Princeton Junction, NJ 08550-0927

RUBY-12-Gladeretail, LLC
6723 Weaver Road, Suite 108
Rockford, IL 61114-8021

Rebcon, Inc.
1868 W. Northwest Highway
Dallas, TX 75220-7018

Rebcon, Inc.
c/o Leslie Allen Bayles
161 North Clark St., Suite 4300
Chicago, IL 60601-3430

RUBY-07-Gladeresidential, LLC
c/o David A. Golin
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606-3910

RUBY-12-Gladeretail, LLC
c/o David A. Golin
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606-3910

Gerald Weber
4949 Harrison Avenue
Suite 200
Rockford, IL 61108-7987

Ryan International Airlines, Inc.
c/o Thomas E. Springer
400 South Country Farm Rd
Suite 330
Wheaton, IL 60187-4547

SP Land Partners
4949 Harrison Avenue
Suite 200
Rockford, IL 61108-2582

Tarrant County-Tax Assessor
100 E. Weatherford
Fort Worth, TX 76196-0001

Ronald Swenson
4949 Harrison Avenue
Suite 200
Rockford, IL 61108-7987

Rubloff Architecture Group, Inc.
4949 Harrison Avenue
Suite 200
Rockford, IL 61108-7987

Rubloff Bashford Outlots, LLC
4949 Harrison Avenue
Suite 200
Rockford, IL 61108-7987

Rubloff C&G, LLC
4949 Harrison Avenue
Suite 200
Rockford, IL 61108-7987

Rubloff Construction, Inc.
4949 Harrison Avenue
Suite 200
Rockford, IL 61108-7987

Rubloff Glade 121, LLC
4949 Harrison Avenue
Suite 200
Rockford, IL 61108-7987

Rubloff Huntley II, LLC
4949 Harrison Avenue
Suite 200
Rockford, IL 61108-7987

Rubloff Huntley, LLC
4949 Harrison Avenue
Suite 200
Rockford, IL 61108-7987

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: ) CHAPTER 11
)
GLADE 121, LP, a Texas limited partnership, ) CASE NO. 12-81689
)
Debtor. ) Hon. Thomas Lynch

### FINAL APPLICATION FOR APPROVAL OF ATTORNEY'S FEES AND COSTS

THOMAS E. LAUGHLIN, Attorney for the Debtor in Possession, submits this FINAL APPLICATION FOR APPROVAL OF ATTORNEY'S FEES AND COSTS pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rule 2016.

1. The Petition herein was filed on April 30, 2012.

2. The Court entered an Order on May 23, 2012 that I be approved as attorney for the Debtor in Possession, *nuc pro tunc* to the date of filing of the Petition.

3. The First Application for Interim Attorney's Fees was heard and granted on August 29, 2012 in the amount of $11,229.90.

4. The Second Application for Interim Attorney's Fees was heard and granted on December 19, 2012 in the amount of $10,865.00 for fees and $40.16 for costs.

5. The Third Application for Interim Attorney's Fees was heard and granted on May 15, 2013 in the amount of $7,700.00 for fees.

6. The total amount of fees and costs approved and received to date is $29,835.06.

7. Section 330(a)(5) of the Bankruptcy Code provides:

> The court shall reduce the amount of compensation awarded under this section by the amount of any interim compensation awarded under section 311, and, if the amount of such interim compensation exceeds the amount of compensation awarded under this section, may order the return of the excess to the estate.

8. The request for final approval for attorney's fees and costs is therefore the total of all interim approvals plus this final application for approval of attorney's fees and expenses for time and expenses incurred since those on the Third Interim Application. Therefore the amount sought in this final approval is the total of $39,675.06, with credit given for all interim payments which have been received leaving a balance to be paid. A copy of the final invoices are attached as Exhibits A-D. They total $9,840.00.

9. The 120-day period applicable to applications for interim application for approval of fees which applies to Section 331 of the Bankruptcy Code, by its terms, does not apply to requests for final compensation pursuant to Section 330 of the Bankruptcy Code.

10. If the court is concerned with the issue of whether the provisions of Section 331 do apply to this application, counsel represents that in any event, all of the creditors holding allowed claims will be paid in full prior to the hearing of this application and there can be no prejudice to any party if the court shortens the time for the making of an application in less than 120 days from the order granting the most recent interim application to 39 days so that this case may be closed before the end of the current calendar quarter. It is expected that immediately after the payment of all allowed claims, a motion will be filed and set for hearing seeking the entry of a final order closing the estate.

INDEPENDENT MATTERS

The following is a list of separate matters included in this application and the amount sought for each matter.

| | |
|---|---|
| GENERAL | $8,725.00 |
| COSTS | 15.00 |
| COMPENSATION | 75.00 |

| | |
|---|---|
| PLAN | 875.00 |
| CITY OF EULESS | 150.00 |
| TOTAL | $9,840.00 |

BACKGROUND

From the beginning of the case, the Debtor-in-Possession had no funds nor source of funds available to it. To the extent that money could be generated to pay any bills, the money had to come from outside investors in one manner or another. From the beginning, the outside investor was Iron Point Partners. It was involved with attempting to purchase the assets of the Debtor in one way or another beginning prior to filing and has continued to do so. Iron Point Partners has its own in house and independent counsel as does Rubloff Development Group, the manager of Glade 121. The bulk of the negotiations to reach settlement was between either Iron Point Partners, and subsidiaries and employees directly with input from other counsel as to how to accomplish certain goals.

The matters contained in this Final Application are four. One is simply Compensation which relates to the application itself and the court hearing on the application. The second is General, which is involved with such administerial things as filing monthly reports. The third having to do with preparation of the Plan or discussion of how to coordinate all of the moving parts necessary to obtain a result where all of the creditors with allowed claims are paid in full and no equity interest holders are paid anything as well as the conduct of the joint hearing on the motion for approval of the Disclosure Statement and Confirmation of the Plan of Liquidation. The fourth has to do with an email exchange with counsel for the City of Euless, one of the taxing bodies involved in the estate.

None of the attorney's fees or the cost reimbursements included in the attached invoices have been included in any prior interim application. All of the time recorded in

this Final Application is reasonable and necessary to coordinate matters with Iron Point Partners to reach the entry of an Order confirming the plan of liquidation.

The attached invoices are itemized in .1 of an hour increments. All work done was necessary for the success of this case and all time is charged at the rate of $250.00 per hour.

## GENERAL

This classification is essentially doing the work on the plan of re-organization to the extent that input was requested by other counsel. There were a substantial number of "moving parts" in the negotiation of documentation of what is coming together as the plan of re-organization which will result in the payment of 100% of the allowed unsecured claims.

This classification includes all general administerial types of work which needed to be done to meet the requirements of the bankruptcy code and the federal rules of bankruptcy procedure for the ongoing existence of the plan and fulfilling its relationship with the Debtors and the U.S. Trustee.

## COMPENSATION

This matter consists of preparation of the Final Application with related invoices and appearance at hearing on the Third Application.

## PLAN

The Plan has been discussed with counsel for Iron Point Partners and Rubloff Development Group on an ongoing basis. Due to the fact that the Plan is 100% funded by Iron Point Partners or its subsidiaries, the substance of the Plan and its drafting was accomplished at the direction and expense of Iron Point Partners. To the extent attorney's fees are requested in this sort of application under the Plan category, input was provided to

other counsel on both the substance and the mechanics of the Plan which was eventually confirmed.

### CITY OF EULESS

This has to do with an email exchange with counsel for the City of Euless, one of the taxing bodies involved in the estate.

WHEREFORE, THOMAS E. LAUGHLIN prays for the entry of an Order approving Attorney's Fees in the sum of $9,825.00 plus reimbursement for costs in the sum of $15.00 for a total for the entire case of $39,675.06, with credit allowed for the sum of $29,835.06 previously received, leaving a balance due of $9,840.00.

_____
THOMAS E. LAUGHLIN, Attorney for
Debtor in Possession,
GLADE 121, a Texas limited partnership

THOMAS E. LAUGHLIN #1588974
Attorney at Law
6833 Stalter Drive
Suite 204
Rockford, IL 61108
Phone: (815) 316-3038
Fax  : (815) 316-3039
tloff@aol.com