UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: ) CHAPTER 11
)
GLADE 121, LP, a Texas limited partnership, ) CASE NO. 12-81689
)
Debtor. ) Hon. Thomas Lynch

### NOTICE OF HEARING

TO: Attorney Patrick S. Layng          All Electronic Filers & Attached List
Office of the U.S. Trustee, Region 11
780 Regent Street
Suite 304
Madison, WI  53715

NOTICE IS HEREBY GIVEN that on Wednesday, June 26, 2013 at 10:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lynch in the Courtroom usually occupied by him, or any other Judge presiding in his place, in the U.S. Courthouse, 327 S. Church Street, Room 3100, Rockford, Illinois 61101, to consider and act upon one or more of the following matters, at which time and place you may appear, if you so desire.  The **Motion for Final Decree and to Close Chapter 11 Case**, which is attached.

Dated:  June 14, 2013

Glade 121, LP, a Texas limited partnership, Debtor

By: _____
Thomas E. Laughlin, its attorney

THOMAS E. LAUGHLIN #1588974
Attorney at Law
6833 Stalter Drive, Suite 204
Rockford, IL 61108
Phone: (815) 316-3038
Fax   : (815) 316-3039
tloff@aol.com

## PROOF OF SERVICE

STATE OF ILLINOIS           )
                            ) SS.
WINNEBAGO COUNTY            )

 The undersigned, being first duly sworn on oath, deposes and states that I served the within **Notice of Hearing, Notice of Filing, Status Report, Motion to Shorten Time and Motion for Final Decree and to Close Chapter 11 Case** upon:

Attorney Patrick S. Layng
Office of the U.S. Trustee, Region 11
780 Regent Street
Suite 304
Madison, WI 53715

All Electronic filers

__XX__ by filing electronically on the 14th day of June, 2013.

_____ by faxing a true and correct copy of said notice at or about the hour of _____ o'clock ____.M. on the _____ day of _____, 2013.

__XX__ by placing a true and correct copy of said notice in an envelope, each addressed as shown; that I sealed said envelope and placed sufficient U.S. postage on each; and that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 12:00 P.M. on the 14th day of June, 2013.

_____ by hand delivering a true and correct copy of said notice on the _____ day of _____, 2013, to _____.

Subscribed and sworn to before me
this 14th day of June, 2013.

_____
Notary Public

OFFICIAL SEAL
CAMMY F CUSHMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/30/16

| | | |
|---|---|---|
| Adkerson, Hauder & Bezney<br>2001 Bryan Street<br>Suite 1400<br>Dallas, TX 75201-3005 | CB Richard Ellis<br>2700 Post Oak Blvd<br>Suite 250<br>Houston, TX 77056 | David Howard<br>1445 Ross Avenue<br>Suite 5400<br>Dallas, TX 75201-2751 |
| DuCharme, McMillen & Assoc<br>6610 Mutual Drive<br>Fort Wayne, IN 46825 | Fargo Consultants, Inc.<br>2324 Fabens Road<br>Dallas, TX 75229 | Flatiron Capital<br>1700 Lincoln Street<br>12th Floor<br>Denver, CO 80203 |
| Freeborn & Peters, LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6677 | Grapevine-Colleyville ISD Tax Offic<br>3072 Mustang Drive<br>Grapevine, TX 76051 | Halff Assoc<br>5339 Alpha Road<br>Suite 300<br>Dallas, TX 75240 |
| Harrington I Parties<br>c/o Bryan W. Aldridge<br>One Shields Court<br>Trophy Club, TX 76262-6716 | Harrington I Parties<br>c/o Trey H. Crawford<br>1445 Ross Avenue, Suite 2500<br>Dallas, TX 75202 | Harrington II Parties<br>c/o Jeffrey R. Sandberg, JD<br>8350 N Central Expway, Suite 1111<br>Dallas, TX 75206 |
| Hinshaw & Culbertson, LLP<br>8142 Solutions Center Drive<br>Chicago, IL 60677-8001 | Humphreys & Partners Architects, LP<br>5339 Alpha Road<br>Suite 300<br>Dallas, TX 75240 | Jacobs Engineering Group, Inc.<br>777 Main Street<br>Fort Worth, TX 76102 |
| Legal Elements of Dallas<br>600 N. Pearl Street<br>Suite S-102<br>Richardson, TX 75081 | Litigation Solution, Inc.<br>901 Main Street<br>Suite C-121<br>Dallas, TX 75202-3755 | McCoskie McInnis & Assoc<br>200 E Abram Street<br>Arlington, TX 76010 |
| Nastri Law Firm, PLLC<br>14860 Montfort Drive<br>Dallas, TX 75254 | O'Brien & Assoc, Inc.<br>5310 Harvest Hill Road,<br>Suite 136 LB 161<br>Dallas, TX 75230 | Peloton Land Solutions, LLLP<br>5751 Kroger Drive<br>Suite 185<br>Keller, TX 76244 |
| Plante & Moran, PLLC<br>2155 Point Blvd<br>Suite 200<br>Elgin, IL 60123 | Tarrant County-Tax Assessor-Collect<br>100 E. Weatherford<br>Fort Worth, TX 76196 | TBG Partners<br>901 S MoPac Expressway<br>Bldg2 Suite 350<br>Austin, TX 78746 |
| TECS Electric, Ltd.<br>1836 Barnett Drive<br>Weatherford, TX 76087-9440 | Terracon, Inc.<br>PO Box 843358<br>Kansas City, MO 64184-3358 | The City of Euless<br>201 N. Ector Drive<br>Euless, TX 76039-3595 |
| Turner & Allen, P.C.<br>PO Drawer 930<br>Graham, TX 76450 | United Commercial Realty<br>7001 Preston Road<br>Suite 222<br>Dallas, TX 75205 | Winstead PC<br>5400 Renaissance Tower<br>121 Elm Street<br>Dallas, TX 75270-2199 |

| | | |
|---|---|---|
| Attorney Steven B. Towbin<br>321 North Clark Street<br>Suite 800<br>Chicago, IL 60654 | Jeffery R. Sandberg<br>8350 N Central Expressway<br>Suite 1111<br>Dallas, TX 75206 | Elizabeth Weller<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201 |
| Jeffrey T. Wegner<br>The Omaha Building<br>1650 Farnham Street<br>Omaha, Nebraska 68102-2186 | Joe T. Tolbert<br>777 Main Street<br>Suite 3600<br>Ft. Worth, TX 76102 | Kathleen Wells<br>6000 Western Place, Suite 200<br>1-30 at Bryant Irvin Road<br>Ft. Worth, TX 76107 |
| Chapman & Cutler LLP<br>Michael T. Benz<br>David T.B. Audley<br>111 W. Monroe Street<br>Chicago, IL 60603 | Glade 121, LP<br>Attn: Zach Knutson<br>6723 Weaver Rd, Suite 108<br>Rockford, IL 61114 | Attorney Bradley T. Koch<br>800 N. Church Street<br>Rockford, IL 61105 |
| Attorney Jocelyn L. Koch<br>800 N. Church Street<br>Rockford, IL 61105 | BMO Harris Bank, N.A.<br>311 W. Monroe Street<br>Chicago, IL 60606-4684 | Grapevine-Colleyville<br>c/o Elizabeth Banda Calvo<br>PO Box 13430<br>Arlington, TX 76094-0430 |
| Plante & Moran, PLLC<br>Attn: Karen Allen<br>600 E. Front St., Suite 300<br>Traverse City, MI 49686-2892 | Rubloff Development Group<br>6723 Weaver Rd, Suite 108<br>Rockford, IL 61114 | Ryan International Airlines<br>c/o Bernard J. Natale<br>6833 Stalter Drive, Suite 201<br>Rockford, IL 61108 |
| Asbury Dubuque, LLC<br>Weaver Rd<br>Suite 108<br>Rockford, IL 61114 | BMO Harris Bank, N.A.<br>as Successor to Amcore<br>1 N. LaSalle St., Suite 850<br>Chicago, IL 60602-3942 | BMO Harris Bank, N.A.<br>c/o Kurt M. Carlson<br>216 S. Jefferson St., Suite 504<br>Chicago, IL 60661-5698 |
| Bank of America<br>1000 W. Temple Street<br>7th Floor<br>Los Angeles, CA 90012-1514 | Georgianna Harrington Smith<br>c/o Georgianna Smith Brattain<br>10900 Vosikof Place<br>Anchorage, AK 99507-6461 | First National Bank of Omaha<br>c/o Scott Damrow<br>1620 Dodge Street, Stop 1050<br>Omaha, NE 68197-0002 |
| Harris Bank<br>c/o Bayview Loan Servicing<br>PO Box 3042<br>Milwaukee, WI 53201-3042 | Munsch Hardt Kopf & Harr P.C.<br>3800 Lincoln Plaza<br>500 N. Akard Street<br>Dallas, TX 75201-3302 | Mvcoskie McInnis Assoc., Inc.<br>c/o Warren Norred<br>200 E. Abram, Suite 300<br>Arlington, TX 76010-1114 |
| National Registered Agents Inc.<br>PO Box 927<br>Princeton Junction, NJ 08550-0927 | RUBY-12-Gladeretail, LLC<br>6723 Weaver Road, Suite 108<br>Rockford, IL 61114-8021 | Rebcon, Inc.<br>1868 W. Northwest Highway<br>Dallas, TX 75220-7018 |
| Rebcon, Inc.<br>c/o Leslie Allen Bayles<br>161 North Clark St., Suite 4300<br>Chicago, IL 60601-3430 | RUBY-07-Gladeresidential, LLC<br>c/o David A. Golin<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606-3910 | RUBY-12-Gladeretail, LLC<br>c/o David A. Golin<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, IL 60606-3910 |

Gerald Weber
6723 Weaver Rd
Suite 108
Rockford, IL 61114

Ryan International Airlines, Inc.
c/o Thomas E. Springer
400 South Country Farm Rd
Suite 330
Wheaton, IL 60187-4547

SP Land Partners
6723 Weaver Rd
Suite 108
Rockford, IL 61114

Tarrant County-Tax Assessor
100 E. Weatherford
Fort Worth, TX 76196-0001

Ronald Swenson
6723 Weaver Rd
Suite 108
Rockford, IL 61114

Rubloff Architecture Group, Inc.
6723 Weaver Rd
Suite 108
Rockford, IL 61114

Rubloff Bashford Outlots, LLC
6723 Weaver Rd
Suite 108
Rockford, IL 61114

Rubloff C&G, LLC
6723 Weaver Rd
Suite 108
Rockford, IL 61114

Rubloff Construction, Inc.
6723 Weaver Rd
Suite 108
Rockford, IL 61114

Rubloff Glade 121, LLC
6723 Weaver Rd
Suite 108
Rockford, IL 61114

Rubloff Huntley II, LLC
6723 Weaver Rd
Suite 108
Rockford, IL 61114

Rubloff Huntley, LLC
6723 Weaver Rd
Suite 108
Rockford, IL 61114

Terradyne Group
c/o Susan Talley
2304 Skipwith Drive
Plano, TX 75023

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: ) CHAPTER 11
)
GLADE 121, LP, a Texas limited partnership, ) CASE NO. 12-81689
)
Debtor. ) Hon. Thomas Lynch

**MOTION FOR FINAL DECREE AND TO CLOSE CHAPTER 11 CASE**

Now comes the Debtor, Glade 121, LP, a Texas limited partnership by its attorney, Thomas E. Laughlin and moves the Court for an entry of Final Decree and to close said Chapter 11 case and in support thereof states as follows:

1. This Chapter 11 proceeding was commenced by filing a petition with this Court on April 30, 2012.

2. All allowed claims in Classes I, IA and III have been paid in full as provided by the Plan. Class II claims are secured claims which do not receive cash. Class IV claims are interests of equity holders, all of which have been cancelled by the Plan.

3. All professionals that have filed applications for compensation have been paid as approved with the exception as the date of the filing of this Motion as to the Final Application for Approval of Attorney's Fees and Costs filed by Attorney Laughlin. That Motion is set for the same time as this Motion for Final Decree.

4. The Debtor has paid all the fees due to the U.S. Trustee in the form of quarterly payments through the date of the hearing on this Motion, including a $20,000.00 payment to be applied to the final invoice when received from the Office of the United States Trustee. At the request of the U.S. Trustee, Attorney Laughlin has retained the sum

of $10,000.00 in his trust account to pay any further trustee's fees, even though none are expected.

     5.    There is no reason to keep this Chapter 11 case open.

WHEREFORE, Debtor moves the Court to enter a Final Decree and to close this case.

                             GLADE 121 LP, a Texas limited partnership, Debtor,

                By: _____
                        Thomas E. Laughlin, its attorney

THOMAS E. LAUGHLIN #1588974
Attorney at Law
6833 Stalter Drive
Suite 204
Rockford, IL 61108
Phone: (815) 316-3038
Fax   : (815) 316-3039
tloff@aol.com