UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| GLADE 121, LP, a Texas limited partnership, | ) | CASE NO. 12-81689 |
| | ) | |
| Debtor. | ) | Hon. Thomas Lynch |

**FINAL DECREE AND ORDER CLOSING CASE**

THIS CAUSE coming on to be heard upon the Debtor's Motion for Final Decree, all interested parties having received notice and the Court being fully advised in the premises, FINDS:

1. An Order was entered on May 29, 2013 confirming the Plan of Liquidation.

2. The Debtor's application for Final Decree and Closing Case has been given to all persons and entities entitled to notice.

3. The notice of initial payment required and made by the Plan has been filed and notice of the filing of the same has been sent to all persons and entities entitled to notice.

4. The reorganized Debtor, under the confirmed Plan of Liquidation, has paid all allowed claims.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED:

A. The Plan has been substantially consummated.

B. The Estate and case is hereby closed effective June 26, 2013.

Entered:

_____
JUDGE THOMAS LYNCH

THOMAS E. LAUGHLIN #1588974
Attorney at Law
6833 Stalter Drive, Suite 204
Rockford, IL 61108
Phone: (815) 316-3038
Fax   : (815) 316-3039
tloff@aol.com